AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__New Castle__ District of __Delaware__

Samuel T. Poole
Plaintiff

V.

At'y Gen. Jane Brady
Defendant et al

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05- 2__

FILED
APR 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, __Samuel T. Poole BN5599__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant       ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? __yes__ Do you receive any payment from the institution? __15.00 Approx month__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☐ Yes    ☒ No
   f. Any other sources                                ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Father to Jalvina and Samuel J. Poole

I declare under penalty of perjury that the above information is true and correct.

_____        _____
        Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM        RUN       IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING       DATE    4/11/2005
REMOTE PRINT TIME 11:07              FROM PURGE FILE           PAGE            1

   INMATE      NAME
   NUMBER      LAST              FIRST              MI            STARTING BALANCE
   BN5599      POOLE             SAMUEL             T                    129.40

BATCH      DATE                                              TRANSACTION  BALANCE AFTER
  #     MO DY YEAR       TRANSACTION DESCRIPTION               AMOUNT     TRANSACTION

8275    10-01-2004   32  HOU COMMISSARY
                         FOR 10/01/2004                         -13.66        115.74
1005    10-04-2004   37  POSTAGE
                         POSTAGE 10/04/04                        -8.00        107.74
1005    10-04-2004   37  POSTAGE
                         POSTAGE 10/04/04                        -6.95        100.79
1010    10-04-2004   38  INSIDE PURCHASES
                         VENDACARD 10/04/04                     -15.00         85.79
8278    10-04-2004   32  HOU COMMISSARY
                         FOR 10/04/2004                         -43.46         42.33
1068    10-08-2004   39  LEGAL FEES
                         CA#04-96J    20% OF $44.00              -8.80         33.53
1068    10-08-2004   39  LEGAL FEES
                         CA#04-96J    20% OF $20.00              -4.00         29.53
1068    10-08-2004   39  LEGAL FEES
                         CA#04-96J    20% OF $100.00            -20.00          9.53
8286    10-12-2004   32  HOU COMMISSARY
                         FOR 10/12/2004                          -9.31           .22
1126    10-15-2004   37  POSTAGE
                         UPS CHARGES 10/14/04                    -6.39         -6.17
8300    10-26-2004   34  HOU CABLE   TV
                         FOR 10/26/2004                         -11.30        -17.47
1446    11-12-2004   13  PERSONAL GIFT FROM
                         CRYSTAL REYES 065412                    25.00          7.53
8320    11-15-2004   32  HOU COMMISSARY
                         FOR 11/15/2004                          -7.01           .52
1473    11-15-2004   39  LEGAL FEES
                         CA#04-96J    20% OF 25.00               -5.00         -4.48
8328    11-23-2004   34  HOU CABLE   TV
                         FOR 11/23/2004                         -11.30        -15.78
1600    11-30-2004   37  POSTAGE
                         POSTAGE   11/30/04                       -.46        -16.24
1668    12-06-2004   37  POSTAGE
                         POSTAGE 12/06/04                        -4.28        -20.52
1761    12-14-2004   37  POSTAGE
                         UPS CHARGES 12/14/04 SCI HOU            -5.16        -25.68
1884    12-28-2004   13  PERSONAL GIFT FROM
                         FRANCES POOLE 916467                    50.00         24.32
9364    12-29-2004   10  INMATE EMPLOYMENT
                         HOU PAYROLL 2004 - 12 GRP 3              7.20         31.52

                      BALANCE AFTER THESE TRANSACTIONS------>                  31.52
```

```
PA DEPT. OF CORRECTIONS             INMATE ACCOUNTS SYSTEM          RUN        IAS365
BUREAU OF COMPUTER SERVICES         PARTIAL ACCOUNT LISTING         DATE    4/11/2005
REMOTE PRINT TIME 11:07               FROM ACTIVE FILE              PAGE           1


     INMATE      NAME
     NUMBER      LAST               FIRST              MI           STARTING BALANCE
     BN5599      POOLE              SAMUEL             T                   31.52

 BATCH     DATE                                           TRANSACTION  BALANCE AFTER
   #    MO DY YEAR      TRANSACTION DESCRIPTION              AMOUNT     TRANSACTION

 1953   01-03-2005  38  INSIDE PURCHASES
                        VENDACARD 01/03/05                    -1.00           30.52
 1974   01-04-2005  38  INSIDE PURCHASES
                        VENDACARD 01/04/05                    -2.00           28.52
 8004   01-04-2005  32  HOU COMMISSARY
                        FOR  1/04/2005                       -19.70            8.82
 1986   01-05-2005  37  POSTAGE
                        POSTAGE 01/05/05                       -.83            7.99
 2000   01-06-2005  38  INSIDE PURCHASES
                        VENDACARD 01/06/05                    -2.00            5.99
 8010   01-10-2005  32  HOU COMMISSARY
                        FOR  1/10/2005                        -4.98            1.01
 2109   01-18-2005  39  LEGAL FEES
                        CA04-96J     20% OF 50.00            -10.00           -8.99
 2109   01-18-2005  39  LEGAL FEES
                        CA04-96J     20% OF 7.20              -1.44          -10.43
 8018   01-18-2005  32  HOU COMMISSARY
                        FOR  1/18/2005                         -.98          -11.41
 9027   01-27-2005  10  INMATE EMPLOYMENT
                        HOU PAYROLL 2004 - 12 GRP 3           15.12            3.71
 8031   01-31-2005  32  HOU COMMISSARY
                        FOR  1/31/2005                        -3.69             .02
 2455   02-16-2005  13  PERSONAL GIFT FROM
                        BERTINA BARKSOGH #148831              50.00           50.02
 2475   02-17-2005  37  POSTAGE
                        UPS CHARGES 02/17/05 SCI HOU          -5.42           44.60
 2480   02-17-2005  36  PRINTED MATERIALS
                        XEROX 02/06/05                       -10.00           34.60
 2488   02-17-2005  39  LEGAL FEES
                        CA#04-96J    20% OF $15.12            -3.02           31.58
 2488   02-17-2005  39  LEGAL FEES
                        CA#04-96J    20% OF $50.00           -10.00           21.58
 8053   02-22-2005  32  HOU COMMISSARY
                        FOR  2/22/2005                       -21.18             .40
 2526   02-23-2005  37  POSTAGE
                        POSTAGE 02/23/05                       -.23             .17
 2526   02-23-2005  37  POSTAGE
                        POSTAGE 02/23/05                       -.23            -.06
 2526   02-23-2005  37  POSTAGE
                        POSTAGE 02/23/05                       -.23            -.29
 2526   02-23-2005  37  POSTAGE
                        POSTAGE 02/23/05                       -.23            -.52
 2526   02-23-2005  37  POSTAGE
                        POSTAGE 02/23/05                       -.23            -.75
```

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING       DATE   4/11/2005
REMOTE PRINT TIME 11:07                FROM ACTIVE FILE          PAGE          2

    INMATE       NAME
    NUMBER       LAST              FIRST              MI
    BN5599       POOLE             SAMUEL             T

                                                      TRANSACTION  BALANCE AFTER
 BATCH      DATE
   #      MO DY YEAR    TRANSACTION DESCRIPTION         AMOUNT      TRANSACTION

  9054    02-23-2005  10   INMATE EMPLOYMENT
                           HOU PAYROLL 2005 - 01 GRP 3    14.40          13.65
  2540    02-24-2005  13   PERSONAL GIFT FROM
                           FRANCES POULE #047956         100.00         113.65
  2546    02-24-2005  38   INSIDE PURCHASES
                           VENDACARD 02/24/05            -10.00         103.65
  2589    03-01-2005  37   POSTAGE
                           POSTAGE 03/01/05               -3.85          99.80
  8060    03-01-2005  32   HOU COMMISSARY
                           FOR   3/01/2005               -62.86          36.94
  2604    03-02-2005  37   POSTAGE
                           POSTAGE 03/02/05                -.23          36.71
  2604    03-02-2005  37   POSTAGE
                           POSTAGE 03/02/05                -.23          36.48
  2611    03-02-2005  38   INSIDE PURCHASES
                           READ TO YOUR CHILDREN 03/02/05 -10.00         26.48
  8066    03-07-2005  32   HOU COMMISSARY
                           FOR   3/07/2005               -15.45          11.03
  2687    03-09-2005  38   INSIDE PURCHASES
                           VENDACARD 03/09/05             -5.00           6.03
  8073    03-14-2005  32   HOU COMMISSARY
                           FOR   3/14/2005                -5.64            .39
  2750    03-15-2005  39   LEGAL FEES    ,
                           CA#04-96J      20% OF $14.40   -2.88          -2.49
  2750    03-15-2005  39   LEGAL FEES
                           CA#04-96J      20% OF $100.00 -20.00         -22.49
  2916    03-30-2005  13   PERSONAL GIFT FROM
                           ROBERT POOLE #970674           50.00          27.51
  2916    03-30-2005  13   PERSONAL GIFT FROM
                           IDA MANN #914830               50.00          77.51
  9089    03-30-2005  10   INMATE EMPLOYMENT
                           HOU PAYROLL 2005 - 02 GRP 3    13.68          91.19
  2926    03-30-2005  38   INSIDE PURCHASES
                           VENDACARD 03/30/05            -10.00          81.19
  2945    03-31-2005  38   INSIDE PURCHASES
                           READ TO YOUR CHILDREN 03/31/05 -10.00         71.19
  2948    04-01-2005  13   PERSONAL GIFT FROM
                           ROSELYN POOLE #177425          15.00          86.19
  2970    04-04-2005  37   POSTAGE
                           POSTAGE 04/03/05               -4.05          82.14
  2970    04-04-2005  37   POSTAGE
                           POSTAGE 04/03/05                -.23          81.91
  8094    04-04-2005  32   HOU COMMISSARY
                           FOR   4/04/2005               -58.95          22.96
```

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM           RUN         IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING          DATE   4/11/2005
REMOTE PRINT TIME 11:07                FROM ACTIVE FILE               PAGE          3

    INMATE    NAME
    NUMBER    LAST                  FIRST            MI
    BN5599    POOLE                 SAMUEL           T

BATCH       DATE                                      TRANSACTION   BALANCE AFTER
  #      MO DY YEAR    TRANSACTION DESCRIPTION          AMOUNT       TRANSACTION

3031     04-07-2005  38  INSIDE PURCHASES
                        VENDACARD     4/7/05              -3.00          19.96

                    BALANCE AFTER THESE TRANSACTIONS------>              19.96
```