05 - 233

Re: Clerk of Courts
I need a docket No.
To Send 2255 and a ~~nother~~
Motion for Counsel →
Please Send Me the docket
No. ——

BN5599

Samuel T. Poole
PO Box 1000
Houtzdale PA
16698-1000