United States District Court
for the
State of Delaware New Castle County

Samuel T. Poole

PLAINTIFF

Jane Brady
State Police
Family Court
John Doe

Civil Action No. 105-CV-233



FILED
MAY 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion for Appointment of Counsel

Plaintiff's move in this court for an Order appointing a member of the Delaware Bar, to represent me because I cannot afford to employ an attorney. This Motion is based on Plaintiff affidavits in support of my motion for leave to proceed in forma pauperis and for appointment of counsel legal authority for appointment and compensation of counsel is 28 U.S.C. § 1915 (D) and 18 U.S.C. § 3006A (G) as interpreted in McClair v. Marson, 343 F. Supp. 392 (D.Conn 1972).

Respectfully Submitted,

Samuel T. Poole

Dated: 5-8-05

Samuel [illegible]
PO Box 1006
Houtzdale PA
16698-1006

Clerk of Court
844 N. King St. Lockbox 18
Wilmington DE
19801-3570




PA Dept of Corrections
Inmate Mail

U.S.M.S. X-RAY