IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMUEL T. POOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-233-JJF |
| | ) | |
| ATT. GEN. JANE BRADY, STATE POLICE, and FAMILY COURT, | ) ) | |
| | ) | |
| Defendants. | ) | |

MAY 25 2005

## AUTHORIZATION

I, Samuel T. Poole, BN #5599, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $11.18 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated __May 10__, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __05-12-0V__, 2005.

Samuel T. Poole



NAME Samuel T. Poole
NUMBER BM 5599
P.O. BOX 1000
HOUTZDALE PA 16698-1000

Clerk of ct
844 King St Lock box 18
Wilm DE 19801
US-RAME
U.S.M.S.

Inmate Mail
PA Department of Corrections