To: Clerk of Court

I will try and have my family send it to you osap I waitting to get copy under to inmure and all you Answer to you Question —

Samuel T[...]

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Warden | 2. Date: 5-11-05 |
| 3. By: (Print Inmate Name and Number)<br>Samuel T. Poole BN5Y11<br>_[Inmate Signature]_ | 4. Counselor's Name<br>Lettie |
| | 5. Unit Manager's Name<br>Rossman |
| 6. Work Assignment<br>None | 7. Housing Assignment<br>D-B-12 |

8. Subject: State your request completely but briefly. Give details.

I need proof that this has been given to you

Clerk - Peter T. Dalleo (302) 573-6170

What is this I order by a federal Judge, need proof

9. Response: (This Section for Staff Response Only)

I Am In Receipt of Slip. In This Request
_[signature]_
5/16/05

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / _____ Date _____
                        Print              Sign

Revised July 2000