Samuel T. Poole
v.

Att. Gen. Jane Brady, State
Police, and Family Court

Civ. NO. 05-233 JJF

Jury Demanded

## Immunity, and Relief

Misuse of Power, possessed by virtue of State law and made possible only because the wrongdoer is clothed with the authority of State law, is action taken "under the Color of State law, U.S. V. Classic, 313 U.S. 299, 326 (1941) and now under Rico Act U.S. V. Riccobene 709 F.2d 214 throw brivery to the Clerk by Ms. Hayes committing Fraud on the Court the defendants can very much correct this problem by investagation the criminal Charges See 29 Del. C § 2509(4) and re Eastburn and Son Del. Super., 147 A.2d 921 (1959) because of the multiple felonys Cover up because the State, County can be held liable because of the Fraud and done nothing about it and the Chain Conspiracy, Bolden V. State, 44 Md. App 643, 410 A.2d 1085, 1091 and the defendants are under oath to uphold the law not help commit them Cover up Monell V. New York City Dept. of Social Services, 436 U.S. at 690 n.55 (New Castle Co.).

Now right of Action, Right of injured one to secure redress for violation of my rights Field V. Synthia Roper, Inc, 9 Storey 135, 215 A.2d 427, 432, A right present to enforce a cause of Action by Suit McMahon V. U.S. CA. PA.,

186 F.2d 227, 230. Because the partys maintain a Monoply over the investagation to instead Cover up the fraud and the kidnapping of my "son" Roger V. Town of Black Mountain, 224 N.C. 119, 29 S.E. 2d 203, 205. To be held liable for the cover up and because Defendants suppose to up hold the law and Policys Makers, Swartz v. Flossmaster Alarms Systems Inc., 145 Mich App. 431, 377 N.W. 2d 393, 395 (DNA Test.) Capital Rod and Gun Club v. Lower Colorado river Authority, Tex. App. 622 S.W. 2d 887, 892. This is Prohibited by law, Ruedy V. Toledo Factories Co., 61 Ohio App. 2d, 22 N.E. 2d 293, 297, 15 O.O. 56.

Legal obligation of the State of Delware and Defendants to up hold the law and took Affirmative Steps to conceal the crime U.S. v. Cambrony, CA, Nev. 750 F2d 1416, 1412, forgery Kidnapping, Brivery, etc because cover up for the State to be sued Fort Worth Cavalry Club, Inc v. Sheppard, 125 Tex. 339, 83 S.W. 2d 660, 663, and for the state police Bivens v. Six unknown Named Defendants 403 U.S. 388, 91 S.Ct. (1999) federal statutes Prohibiting Typs of Conspiracy Sec 18 U.S.C.A. §371.

B. The Claim of Immunity as a defense Leatherman 507 U.S. at 117 (quoting Elliott V. Perez) 751 F.2d 1422, 1473 (5th Cir. 1985) the Court, in a unanimous decision Notice of Pleading set up by the Federal Court Leatherman, 507 U.S. at 168

heightened pleading standard for Sec 1983 Action enter Darr V. Wolfe, 767 F.2d 79 (3rd Cir. 1985) to where involved allegations that a private Citizen



Conspired with a governmental offical to deprive the plaintiff of his Liberty interest in custody of his son throw fraud. See Abbott 164 F.3d At 148, Points all the claims of immunity. Dennis V. Sparks, 449 U.S. 24, 27-28 (1980) act under the color of Law and committing Rico Act in there (Offical Capacity all Defendants) But failure to do there duty in the investagation on the fraud on the Court Site of the Criminal Charges.

Relief, Custody of my son and that the defendants to suffer the Monetary damages to be paid by County and State to be sued and face a grand jury for the proper investagation to return all my Rights for Custody of my son with the defendants facing a jury for damages in this case. (Hamond Imminent danger of my son serious physical injury will continue)

Thank you
Respecfully Submitted

Samuel T. Poole BN5599
P.O. Box 1000
Houtzdale PA
   16698-100

NAME Samuel Poole
NUMBER BN 5599
P.O. BOX 1000
HOUTZDALE PA 16698-1000

PA Dept of Corrections
Inmate Mail

US POSTAGE $00.37 MAY 31 2005
MAILED FROM ZIP CODE 16651

Clerk of Court
U.S. District Court
844 N. King St. Lockbox 18
Wilm, DE
19801-3570

U.S.M.S. X-RAY

Inmate Mail
PA Department of Corrections