Civ. No. 05-233 JJF

To: Clerk of Court

I very sorry that I might of confuse you by send so many this is not case 00-531 (SLR) this is case Civ. No. 05-233 JJF

Samuel T. Poole V. Att. Gen Jane Brady et. at.

All the letters you have receive goes to this case only Civ. No. 05-233 JJF. I was leting the judge aware that the defendant I will be in Federal Court on the 21st of June.

Thank you

BN5399
Samuel T Poole
PO Box 1000
Hatzdale PA
16698-1000

FILED
JUN 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NAME Savage Paul
NUMBER BA5592
P.O. BOX 1000
HOUTZDALE PA 16698-1000

U.S.M.S.
X-RAY

PA Dept of Corrections
Inmate Mail

$ 00.37⁰  JUN 14 2005
MAILED FROM ZIP CODE 16651

Clerk of Courts
844 King St Lockbox 18
Wilm De. 19801

Inmate Mail
PA Department of Corrections