IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SAMUEL T. POOLE,                :
                                :
         Plaintiff,             :
                                :
    v.                          :    Civil Action No. 05-233-JJF
                                :
ATT. GEN. JANE BRADY, STATE     :
POLICE, and FAMILY COURT,       :
                                :
         Defendants.            :

### ORDER

At Wilmington, this 2 day of December 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that

1. Plaintiff's Complaint (D.I. 2) is **DISMISSED** pursuant to 28 U.S.C. §§ 1915 (e)(2)(B) and 1915 (b)(1).

2. Plaintiff's Motion For Appointment Of Counsel (D.I. 5) is **DISMISSED AS MOOT**.

                                        _____
                                        UNITED STATES DISTRICT JUDGE