Samuel T. Poole

Civil 05-233-JJF

☐ ORIGINAL

Att. Gen. Jane Brady, State Police and Family Court

FILED
DEC 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In Re - Immune, Const Violation

The defendant can not make any type of Claims of Statement that they are Immune from this suit. Home State Jurisdiction Childwar Kidnapped by PA. a year before this D.N.A. Test was forged, Roctner Child Custody in a Federal System or state 62 Mich.L.Rev. 795, 818 (1964) and that all defendants Lack of Jurisdiction in re. Rowe's Estate, 66 Cal. App.2d 599, 152 P.2d 765, 770., The only way That the court have any Type Jurisdiction is bring theyr people to Justice and order the child to be return. But the Chain of Conspiracy that the defendants are responsable for there action, Bolden v. State, 44 Md.App. 643, 410 A2d 1088, 1091., They think they are going to get away with this by cover this up and not doing nothing the court Res Jucata on the crime 5th amendment 14 amendment and under Art.II §4 Const. Art. 1 §2. cl. 5, § 3. cl. 5., This due Process Vaughn v. State 3 Tenn. Crim. App.54, 456 S.W. 2d 879, 883. Only way that the defendants case state that they are Immune from such a suit. Pierson v. Roy. 386 U.S. 547, 19 L.ed 2d 288, 87 S.Ct.1213 (1967) and see Hunt v. Bennett, 17 F3d 1263 (10th cir. 1994) and See. Hays County Guardian v. Supple,

969 F2d 111 (5th cir 1992) when they decided to cover up this case up Subject to liable Houman V. Employers Reinsurance Corp., 345

Mo. 650, 136 S.W. 2d 289, 302 this _____ by the Judge is hereby dismissed without prejdice F.R.C.P. 12 (A)(1) and proper proceed -ures to protect themselves

## Relief and Claims

Where fore I request for the Defendants to be held liable for damages for Allowing this Crime to continue and not file the Charges and allow them to get away by Cover this case which show Voilation 5th amendment deprive me the rights as the child father to be heard taken my rights throw criminal mean 14 amendment at any they could vary easily brought them to Justice for the fraud under Art. II § 4 Const Art. 1, §2. cl. 5, §3. cl. 5.,

In danger my son to be given a control substance and that they keep coming up with theyr fraud documents into theys courtroom to stop me from being heard it is stated in the criminal Complaint Ten Million Sum of Ten Million dollars for Allow this crime to continue (Jury Trial) to exspose and allow them to raise up for damages Pain and Suffering deprive me the right to Prote my Son Custody and and my rights to be return to me and family

I will not be done the injunción order till about Jan 15 thru the 30th they will be try to close my account so I need to make a lot of Copys I putting all the evidance into this injunción order

BN5599
Samuel T. Poole
Po Box 1000
Houtzdale PA
16698-1000

NAME Samuel T. Poole
NUMBER BN5599
P.O. BOX 1000
HOUTZDALE PA 16698-1000

PA Dept of Corrections
Inmate Mail

U.S.M.S.
X-RAY

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004332067
$ 00.60⁰
DEC 23 2005
MAILED FROM ZIP CODE 16651

Clerk of Court,
844 N. King St, Lockbox 18
Wilm, De.
19801-3570

Inmate Mail
PA Department of Corrections