Samuel T. Poole

v.

Att. Gen. Jane Brady et AL.

Civil Actio. 05-233

Joseph J. Farnan

Clerk of Court - This is my new address - I am awaiting for a green sheet to be release or detain more I let the court be aware of the change - Just in a few day you will receive 3 copies of the injuncion order.

Thank you
Sam [signature]

C.C.

FILED
JAN 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Samuel T. Poole BN5599
1400 Pike St
Huntydon PA
16654-1112

