Samuel T. Poole                                    civil action No.05-233


    V.


ATT.GEN.Jane Brady

State police& Family court                    Judge Joseph Farnan


Motion FOR  A TRO AND  PRELIMINARY   INJUNCTION

This court will honor his preliminary injunction order and enforce on the two States  under
the rules of civil and criminal  procedures  under EX-PARTE  of 65.2 emergency custudy
with a full investigation. (BY FEDERAL  MARSHALS F.R.C.P.65(a) (1)(b) (c)(d)§§  77t(b)
prosecution of offences (PLAINTIFF  SAMUEL POOLE  PURSUANT TO RULE 65. HONOR this
PETITION FOR A INJUNCTION)


1.I, Samuel Poole, will pray that this court will honor my petition and to enforce it,
Because of the criminal acts by the two famile court in the state of Delaware and in state
of Pennsylvania,and hereby request for a investigation into this case .I will state A
civil conspiracy by bribe, and forgery ,and altered documents with a monopoly  of this
evindance bias hearing set up by MS. HAYES .


FRAUD(D.N.A. test) made without the pr

D.N.A. test – made without the present of Norman Hayes- at the ti-

    timethis


Fraud (D.N.A. test), made without the present off norman  of Norman Hayes-


2.Directed to :Re:Jane brady: all documents entwe  entered
through this court were not only forged,but altered afterwards.
this kidnappingthat only an investigation by thr  the proper
authority."s,and my child should have been protected by this
they dept,'s  but instead cover up  Multiple Felonies such as
thr  the court itself',acting under color of law with 5th, 6th,
and thr the14th amendment, custudy should have been terminated, b
but because the court could be heldliable for their actions
taking place in

whether I am in jail, I must be notified of the custody and Birth Certificate change and (told or a Hearing be held on the matter.

---

**THE STATE OF DELAWARE:**

Judge Tumas, first, she doesn't know how Ms. Hayes got custody of my son, Master Florence Wright should have been <u>DISBARRED</u> for conducting this Hearing as a personal friend and no documents from Delaware could make such a decision because the child was taken fully by SAMEUL T. POOLE, Ms. Connor and the Poole family, and you cannot separate the two children(but if there was an investigation this all would have come out of it).

The request for a Statis of the Child Delaware County sent to Delaware a false statement that Ms. Hayes, Sherri Connors mother has the child. Ms Connors mother died before the child was born and that Ms. Hayes could not come to Delaware and get a hearing, much less custody, but because this document was sitting on the Clerks desk for so long there's nothing she could do because it was out of her jurisdiction to do anything(Frances Poole and Donna Whitehurst) were the ones who had to talk to her.

Edward Zutsky, I have no idea how a Judge makes their decisions, the law states the person who gets custody is the person on the birth Certificate or their family. He stated on his order that my name was on the birth Certificate but he took from March 10, 1999, Hearing what he wanted but it was a visitation to the State of Delaware. Only Delaware could make the type of decision, it is the powee.r the Wright family has, to much power to get a fair Hearing. Chief Judge Robert Wright the husband of florence Wright.

This Supplement is very much different because it does not hide the criminal acts that I have placed in discovery. The only way the court will know truly everything is an investigation to show you why now after Judge Tumas made that statement (DNA) test was filed, the only two people were in Delaware. Mother and Father in D.O.C. Smyna Prison and the woman's prison(never notified), but, Norman is in New Jersey doing 25 to life, there is only a DNA test, you need a Judge, and Jurisdiction and the parents, all the documents come from trying to stop me from getting a Hearing. June 25, 2002. This case was the first anybody heard of it, filed on or about May of 2000.

I must throw myself on the mercy of the Court to take this time to investigate the criminal means. This was done, Judicial Misconduct, acting under the color of law while committing a crime, such as bribery, forgery, and all of this will show KIDNAPPING, Statute of Limitations only applies to Civil Suits, when SAMUEL T. POOLE, is served by the court of the parties in the Petition that was filed but based on the civil conspiracy. I've got to be kept out of the loop or you might see I am the problem in this matter, also you will see how this case was Monopolized around Ms. Emma Hayes and the Hearing that took place.

Supp. 1520 (M.D. Pla. 1994 Exhaustion of all Remedies. Cherry v. Chow, 945 F. Supp. 1520 (M.D. Pla. 1994 Exhaustion of all Remedies. Alexander v. Perrill, 916 F.2d 1392, 1395 (9th Cir. 1990) and under Greason v. Kemp, 891 F.2d at 839-40 this is clearly in there Policy to which all the people are liable to where I have taken every way to be heard by court and filing to the proper authorities incharge, but because of the people involved the justice system of the Commonwealth will violate there own policy's Dotson v. Chester, 937 F. 2d 920, 925-30 (4th Cir. 1991) and all the defendants officials office will v. Michigan Dept of State Police, 491 U.S. 58 (1989) and to go after all local officials, Johson v. Aldredge, 349 F. Supp. 1230 (M.D. PA. (1972) which this case is clearly extreme legal prejudice to where I must be free to press charges on any abuse my right by committing 3# Felony's General Motor acceptance Corp v. Baker, 161 Misc. 238, 291 N.Y. 5. 1015, There are clearly abuse of discretion by the Commonwealth when clearly the crime should of been investigated by the proper authority of the Commonwealth being Beck v. Wingfield, Inc. cc. A Pa. 122 F.2d 114, 116, 117., being Superintendent Patrick D.O.C. Policy makes to the State Police and the person have Jurisdiction over everything Attorney General abuse of process Public Drug Co. v. Breyer Ice Cream Co, 347 PA. 346, 32 A.2d 413, 415 but where the State took it upon themselves to commit a crime to claim Jurisdiction to which it lacked of Jurisdiction in-re Rowe"5 Estate, 66 Cal. App. 2d 594, 152 P2d 765, 770. State authority acting under the color of law Patterson v. Mclean Credit Union, 491 U.S. 164, 177, 129 S.Ct. 2363 1989 that and injunctive declaratory relief against public officials Tara Enter Prises, Inc v. Humble, C.A. 8 (Web) 1980, 622 F.2d 400. To clearly point out duty of the Court Wood v. Wright, C.A. 5 (AlA) 1964, 334 F.2d 369 to clearly point your not immune ... v. ... County, ... F.2d 1206, 1290-91 (2rd Cir. 1929) but under Supreme Court of Virginia v. Consumers union, 446 U.S. at 733 hold you liable for not going to do your job to where the Court Green v. Johnson, C.A. 10(okl) 1992, 977 F.2d 1383 or all monetary damages coming out of this 2nd injunction order upon the defendant's serve certified already now amanded.

This is a Conjunction to the complaint amended to where the crime to place and how it was done.

Samuel T. Polle

    v.

Att. Gen.Jane Brady

State Police(Dover Del.)

Family Ciurt

Civil Action No. 05·233

*Joseph J. Farran*

Jury Trial Demanded

---

Jurisdiction U.S.C. 1983,1985,1997,1981

1. This is a Civil Action Authorized by 42 U.S.C. Sec. 1983,1985,1997, redress the deprivation, under color of State Law, and committing crimes of Forgery,Bribery,Kidnapping, and file of State document to have controlling custody Child endangerment, of Rights secured by the Constitution of the U.S. The Court has Jurisdiction Under 28 U.S.C. Sec. 1331,1332,1343,Plaintiff seeks declaratory relief Pursuant to 28 U.S.C. Sec. 2201,2202

2. Plaintiff, Samuel T. Poole BN-5599, is and was at all times mentioned herein a prisoner of the State of Pennsylvania S.C.I. Houtzdale,PA PO. Box 1000,Houtzdale,PA 16698-1000.

3. Defendants, State Police Att. Gen. Office, Family Court every legal Agency that could file the Criminal Charges now because refusal of that State to do so I have written and file no response from State Police or Att. Gen. Family Court Res. Jueata on the Crime to where I have Directly Contacting that Court about all forged papers illegal hearing and DNA test that was taken of Feb.2000 and May NO reply. This case can also be filed through U.S. Attorney Office and for a Grand Jury investigation, based on Criminal and Misconduct bt the Court but instead cover up this case all the agencies failure to act this court must understand only through a Criminal Investigation. All evidence could be contained only through Criminal Investigation because of the cover and the people that helped committ this crime in both States which continues today the State of Delaware must file Charges as well as PA. But I already filed against PA. Now Delaware's refusal to bring their people to Justice U.S.C. 1983 form has now been entered Statue of limitations there are none(Rico Act),estoppel Multiple Legal Malice and how are you going to argue a crime has been committed over three felony I have no ideal Rico Act Title 1861-(17(A) Kidnapping any act relating to bribery 18 U.S. Section 201 and now Request for the U.S. Attorney to investigate this case where Att. Gen. Office has either refused of plan to cover it up (1968)Civil investigation Title 18§1968.(A) (P) (2-3) (1-2)(F-1) because of the cover up by the State

Last injury is when you fail to file the criminal charge and defend criminal activity within your State you choose to do nothing, Davis V. Guse meyer Citedar 996 F.2d 617(3rd Cir.1993. To show you clearly that to state is liable for the conduct even after 26 years Hazel Alter Glass Co. V. Hartford Empire Co.322 U.S. 238,248-49-64 S. Ct.997,1002-03,88 L Ed 1250(1944) Modified Standard Oil Co. V.U.S. 429,U.S. 1797 S. Ct. 31,50 L Ed 2d 21(1976)every hearing Conducted in both states based upon crime and color of office,pretence of a Official right to do act made by one who has no such right Kiker V. Pinson,120 Ga. App. 784,172 S.E.2d 333,334,an act under color of office is an act of an officer who claimes authority to do the act be reason of his office when the officer does not confer on him or her any such Authority, Maryland Gas Co. V.McCormack Ky. 488 S.W.2d 347,352.,to which without Legal Right Misuse of Power Possessed by virtue of State Law and made wrongdoer is clothed with Authority of State is action taken under color of Law Atkins V. Lannings D.C. Okl,415 F Supp.186,188,Rico Act U.S. Vignola 464 F. Supp.1091 C.E.D.PA:1979 fraudulent acts taken Felcone 864 F.2d, A229 More Heckler,467 U.S.At 1,0,104 S. Ct. at 2224 and the Defendants took an affirmative steps to conceal the crime U.S. V. Ciambrone, C.A.,Nev,750 F.2d 1416,1417 that the person who is sworn in to uphold the Law and refuse to do so Liable Under the Rico Act Att.Gen. Jane Brady State police and Family Court Averbock V. Rival. MFG.Co. Cited as 809 F.2d 1016(3rd Cir.1989) All that needs to be shown is that conspirators agreed to engage in a pattern of Rackateering Activity see U.S. V. Brooklery 685 F.2d 1208,1222(9th Cir.1982) Right of action the right to bring suit; A Legal right to maintain an action, growing out of a giver transaction out of State of facts and based thereon. Right of Action pertains to remedy and relief through Judicial proceedure. Landry V. Acme Flour Mills Co.,202 Okl.170,211 F.2d 512,515 Rights of injured one to secure redress for violation of his rights. Fields V. Synthetic Ropes Inc. Story 135,215 A2d 427,432 A right presently to enforce a cause of action by Suit,McMahon V.U.S. C.A. PA., 186 F2d 227,230.Operative facts giving rise to a right of Action Comp-risea "Cause of Action" Shiftlet V. Eller, 228 Va.115,319 S. E.2d 750, 754. Failure to act by refusing or any act of crime Rico Statue and the Lacler of there hearin Searbrough V. Pickens,26 Tenn. App. 213,170 S. W.2d 585, 588 Equitable Estoppel and see Hutchingson V. Kenny, C.E. A.N.C.,27 F.2d 254,256 and see Croyle V. Croyle,184 Md. 126,40 A.2d 374,379 their petition is designed to make you just or liable as the Defendant within the Exhibits that has been copy for this case Human V. Employees Reinsurance Corp.,345 Mo.650,136 S.W.2d 289,302.0 also see Legal obligations against the State Forthworth Cavalry Club,Inc.

being Att. Gen. Dover State Police, and Dept. of Justice Family Court, Smith V. Ross,482 F.2d 33,36 (6th Cir. 1978) accord, Estelle V. Gamble, 429; U.S. 97. 106 97 S. Ct. 285 (1976) and see Alexander V.Perrill, 916, F.2d 1392(9th Cir.1990) Clearly states failure to act and sitting there not doing anything about it Family Court Murry V. City of Chicago 634 F.2d 365, 366(7th Cir.1980).Misuse of Power Possessed by virtue of State Law and made possible only because the wrongdoer is clothed with the authority of State Law Monroe V.Pape,365 U.S. Atso; And Clearly the cases was done under Ultra Vires An Act perfomed wityout any authority to act on subject. Haslund V. City of Seattle,86 Wash.2d 607, 547 P.2d 1221,1230 every hearing that was conducted by family Court in two States State of Delaware has Jurisdiction over the case but instead jump back and forth across PA. and Del. lines conducting their crime.

Ulta Vires, Statue of Limitations, Violation of Constitution Rights.

Every hearing that was conducted forged Legal malice Commonwealth V. Coleman, 455 PA.508,318 A.2d 716,717 to clearly show estoppel question Commonwealth Service of Crawford County. V. Claf,968 F.2d 615(CA3,1983) See Exhibit-A-B Criminal Complaint and the amend for damages it is because of the conduct of the crime being committed by the court that the refusal to investigate the conduct of the court Bank V.U.S.294 , 665.120,124-125,55 S.Ct.362,364,79 L.Ed 798(1935)But they are taking their forged illegal papers and use to gain Custody of my Son I have asked questions about how they was done without the parents U.S. V. Pennsylvania Industrial Chemical Corp.,411 U.S.655 670-675, 93 S.Ct. 1804,1814-1187,36 L Ed,2d 567(1973) and see Moser V. U.S.341 U.S.41, 71 S.Ct.553,95 Led.729(1951).

The misled affect of their illegal documents Changed Birth Certificate forged DNA test forged they could not go through the proper procedure to do so requires and investigation by Child Protective Service see Kaiser V.U.S.444 U.S.164,178-180,100 S.Ct.383,392.62 L.Ed.2d 332(1979) Santobello V.New York,404 U.S.257,92 S.Ct.495,30 L.Ed.2d 427(1971); Branson V.Wirth,17 Wall.32,42,21 L.Ed.566(1973) to clearly show all their caseHeckler V.Community Health Sev.Cite ar 104 S.Ct.2218-(1994) But there are more ways to show that there is clearly Affirmative Misconduct Frederick V. Comm.of Internal Revenue,126 F3d 433,438 3rd Cir.1997;U.S. V.Pepperman, 976 F.2d 123,131 3rd Cir.1992; U.S. V. Asmar, 827 F.2d 907,912(3rd Cir.1987; White Industy,72 F Supp.2d.at 551.Cook V. Person 1085,1090(S.D.N.Y.1987.

Statue of Limitations. Color of Office.

Shepperd,125 Tex.,339,83 S.W.2d.660,663.

I will be waiting for the defendants to be contacted so I can cross examine accord to 1915(D)Bayor V.Trudeau,702,F.2d 43(23 Cir.1983; Frier V.Bayner, 618 F.2d 988 C.2d Cir.1980),Cline V. Herman Col F.2d 374(8th Cir.1979);U.S. V. Hunnell,587 F.2d 962(7th Cir.1978).

This Court should grant leave freely to amend a complaint see Foman V. Davis,371 U.S. 178,83 S. Ct.227(1962);Martens V. Hunnell,587 F.2d 962 (7th Cir.1978).

Wherefore, Samuel T. Poole BN-5599,Prays that the Court gives him opportunity to be heard and to enforce Law through a Grand Jury or U.S. Attorney to investigate and protect his rights and his son, and before Jury or a Court having power to hear and determine the case Kazubowski V. Kazubowski, 45,111,2d 405,259 N.E. 2d 282,290, Fairness of Justice bring the criminal to Justice Vaughn V.State 3 Tenn. Crim. App.54.456,S.W.2d.879,883.and violation of Const. Rights Lioyd V. Borough of Stone Harbor,179 N.J.Superior,496,432 A.2d 572,580 holding the defendants responsible for the criminal Act far as monatary damages such as Compensatory Damages and Punitive Damages and whatever a Jury or the investigation finds them guilty of and liable under 42 U.S.C §1985(2) and(3).

NOTARIAL SEAL
Martin N. Haigh, Notary Public
SCI-Houtzdale, Clearfield County
My Commission Expires October 9, 2006

Respectfully Submitted

Samuel T. Poole BN-5599
P.O. Box 1000
Houtzdale, PA. 16698-1000

SAMEUL T. POOLE BN-5599                    :
          PLAINTIFF                        :
                                           :                                      - -F
                    V.                     :
                                           :

ET. AL.                                    :
          DEFENDANTS                       :
                                           :

## MOTION FOR LEAVE TO AMEND COMPLAINT

PLAINTIFF, SAMUEL T. POOLE, pursuant to Rule 15(A) and 19(A) F.R.C.P. requests leave to file an Amended Complaint by PRO-SE.

1. Plaintiff in my original complaint did not name all the Defendants, Clerk of Court in Delaware Family Court (JOHN DOC) (nickname Redda) Delaware County Bar Association (JOHN DOC), I have no idea who this is, just that it was Forgery and Cinspiracy to bring about Kidnapping.

2. I was waiting for the Defendants to be contacted so I can cross examine according to 1915(D) BAYOR V. TRUDEAU, 702 F.2d 43 (23 Civ. 1983); FRIER V. BARNER, 618 F.2d 988 (2d Civ. 1980), CLINE V. HERMAN COl F.2d 374 (8th Cir. 1979); UNITED STATES V. HUNNELL, 587 F.2d 962 (7th Cir. 1978).

3. This Court should grant leave freely to amend a Complaint SEE: FOMAN V. DAVIS, 371 U.S. 178.83 S.Ct. 227 (1962); MARTENS V. HUNNELL, 587 F.2d 962 (7th Cir. 1978).

Family Courthouse in the State of Delaware, Civil Conspiracy, Forgery, Altering Documents, and to show there was no Certificate of Service and to show Kidnapping upon entry.

When this all began in 1996 upon entering the Courtroom, COFFEY V. WININGER, 156 Ind. App. 233, 296 N.E.2d. 154, 160, the name was placed on the petition as the petitioner because Sherri Connor was in re-hab for woman which the Court could not enter without her being there. The child was 4½ months old and Legally Resides under the law for six months, MITCHELL V. KINNEY, 242 ALA, 196 SO.2d 788, 793, (he was not born 6 months) the only way at the hospitas where I was placed as the father of Samuel Jordan Poole. The Prejudice, Prejudicial on the way the Hearing was handled by the Master the mother entered to voluntary parties that I was Samuel J. Poole, father but after being threatened by Ms. Hayer and then the Judge threatened Sherri Connor and her Counselor at the re-hab in Philadelphia, PARGO V. ELLIOTT 49 F.2d 1355 (8th Cir. 1995) and then asked Norman Hayer did he want a blood test he stated no. this Hearing was conducted across the State Line by a phone, only FEDERAL can conduct this Hearing, plus neither party was a resident of Delaware. To show prejudicial and now (Statute of Limitations the Court must show I was served) once my name was placed on this Birth Certificate the Court must serve me, the father, by law, this Petition was served to me by Ms. Emma Hayer's lawyer after I filed this Suit to which, under 42 U.S.C. § 1985(2) and (3) clearly state the Master and anyone that is involved could be held liable, but to alter the Document coming out of the court by the Clerk (John Doe) and for Ms. Hayer to bribe the Clerk of Court to do this makes it even more criminal.

There are no Statute of Limitations for the criminal act of Kidnapping.

Civil Damages, You must serve the persons rights that you are trying to take once you serve that person and only then. I have two years to fight it but a true conspiracy is not letting me find out about it. So the Attorney General has 30 days to comply with the Certificate of Service to Samuel T. Poole, and the Court. I will be requesting for Punitive damages and Compensatory Damages for the sum of $1,000,000.00, for mental anguish and failure to act and Punitive Damages for the sum of $1,000,000.00 for acting under the color of law.

FAILURE TO ACT, SMITH V. ROSS, 482 F.2d 33, 366(6th Cir. 1978), accord, ESTELLE V. GAMBLE, 429 U.S. 97, 106, 97 S.Ct. 1976, ALEXANDER V. PERRILL, 916 F.2d 1392, 1395 (9th Cir 1990), for the sum of $1,000,000.00.

COLOR OF LAW, 42§ 1983, 3656 CZAJKOWSKI V. CITY OF CHICAGO, ILL., N.D. lll. 1992, 810 F.Supp 1428 and in CONSTITUTIONAL DEPRIVATIONS, INDEPENDENCE PUBLIC MEDIA OF PHILA. INC. V P.A. PUBLIC TELEVISION NETWORK COM" E.D. PA. 1992, 808 F.Supp. 416, and to show that all the three can be held liable with the State, 42 U.S.C. § 1997 (A.C) and under SATCHELL V. DILWORTH, 745 F.2d 781, 786 (2nd Civ. 1984) since you want to claim Statute of Limitations you have 30 days to present it dated back from 1996. (Certificate of Service) sum of $10,000,000.00 because the Clerk and Ms. Hayer and Norman should have been under investigation by now and nothing was ever done about this. This amount is not excessive because I make sure that Criminal Charges with Civil Damages because of failure to do anything about it.

NO RECORD: CIVIL CONSPIRACY, MASTER FLORENCE WRIGHT, EMMA HAYER, AND (JOHN DOE DELAWARE COUNTY BAR ASSOCIATION. There is no record of the Hearing, no investigation, fully custody through hearsay, either parent contacted criminal act of forgery of the Birth Certificate by adding the name Hayer to the birth Certificate, conducting a Hearing for Personal Friend since Highschool, bias (this is a hearing that is being covered up) the only way I can prove it is to get the Birth Certificate that Ms. Hayer forged of get a second on, the three of them conspired together and did. (Only the Judge could get this, I cannot get this information. QURNEL V. COLLIC N.E. APP-1 471 S E 2d 433, 1996.

The Hearing on March 10, 1999, visitation hearing, the Master Florence Wright, this was to stop the civil conspiracy, but the lawyer that was representing Ms. Connor was told to sit down and shut up in her Court, the mother stated twice I was the father, the third time between Ms. Hayer and the Master Florence Wright threatening her she said Norman was the father, but during this Hearing nothing was said about them changing the birth Certificate. Legal Fraud was covered up so nobody will know about COFFEY V. WILINGER, 156 Ind.APP. 233, 296. N.E.2d 154, 160. When the court Conspired with the party inside the custody suit acting under color of law to forge any documents and the cover up, TERRELL V. BREWER, 935 F.2d 1015, 1018 (9th Cir. 1991) the Master, Florence Wright can be sued and that under Title 28§ 455. Disqualification (B)(1)(5) and under Title 18§ 201 (A)(3)(B)(1) A,B,C, because of the masters direct involvement in this case, only she could order the investigation, this is the main problem in this case, the child legally resided in Delaware, MITCHELL V. KINNEY, 242 ALA, 196, SO.2d 788, 793, to make

visitation, custody or changing the Birth Certificate and keeping siblings together, HOWZER V. HOWZER, 735, SO.2d 619 (2a 1999). After taking care of my family for 3½ years Ms. Hayer would not, and could never have gotten a Hearing without this corruption, this would never have happened, WEST V. ATKINS, 487 U.S. 42.50, 108 S.Ct. 2250 (1988); Accord MONROE V. PAPE, 365, U.S. 167, 184, 81, S.Ct. 473 (1961).

Misuse of power, possessed by virtue of State Law and made possible only because the wrongdoer is clothed with the authority of State Law, action taken under color of State Law. MONROE V. POPE, 365 U.S. at 184, quoting UNITED STATES V. CLASSIC, 313 U.S. 325, 326 (1941); Accord WEST V. ATKINS, 487 U.S. at 50; BROWN V. MILLER, 631 F2d 408, 411 (5th Cir. 1980), and this visitation order was to 1222 Lancaster Ave., Wilmington, Delaware. This case was based upon getting a personal friend to conduct the Hearing, I will be seeking the sum of $100,000.00 for compensatory damage against all Defendants and for punitive damages of $10,000,000.00, the State inside of this case and     based upon 5, 6, 14th Amendments and Title P.A. 23-2511 and Civil Conspiracy and Injunction Order will be filed for Davison County, Tenn. C.A. Tenn., 514 F.2d 38, 41 U.S. V. MILLER C.A. Mass., F.2d 600, 602 that the State, County and Defendant Emma Hayer, not going to conspire together to kidnapp my son by CRIMINAL MEANS, with DELAWARE COUNTY BAR ASSOCIATION signing the documents illegally and then cover it up by Monopolizing of the investigation that should have by law, have been on file. Plus "FORGERY" COFFEY V. WILINGER, 156 IND APP 233, 296, N.E. 2d 396, 404, 286. N.C. 265, 18 U.S. CA§1201 that will be in the sum of $10,000,000.00 dollars for the State of PA's failure to investigate into the criminal activities of this case and allow this to continue and because §§1986 provide for damages and liability for anyone "Who has knowledge that CA§ 1988 conspiracy is about to be committed and does nothing about it. KIDNAPPING BY FORCE OR FRAUD, STATE V. ROBERTS, 210 S.E. 2d 396, 404, 286. N.C. 265 U.S.CA.§1201

This is for the lawyer Mr. John W. Nails, Esq. he represented my mother and son it should have been very easy 5th, 6th, and 14th Amendment and under Title 23-2511, the father must be notified and acting under color of law but when the Forgery had taken place he did nothing about any of this, then he was aware of the Hearing with the mother and her lawyer Dryers Florence Wright failure to let him represent her by telling him to sit down in the Courtroom,

now, my mother no longer has custody and visitation given to my mother, it is because of his failure to act because she goes before her husband, which was the Chief Judge Robert Wright, DULBERG V. MOCK, 286 App Dir 1008, 145, N.Y. 5.2d 533 (1955) Modified, N.Y. 2d 54, 150 N.Y. 5.2d 180, 133 N.E. 2d 698 (1956), Eaton V. Morse, 212 MONT. 233, 687 2d 1004 (1984); GROMES V. HAHA, 97 111 App 2d 276, 240 N.E. 2d 138 because of the lawyers actions and the fear of the personal friend with Florence Wright family, they both should have stepped down, florence Wright because of Ms. Hayer and John Nails because of Ms. Wright. This case clearly shows ineffective and because of his action DENNIS V. SPARKS, 449 U.S. 24, 27, 28 (1980).

JOHN W. NAILS, sum of compensatory damages $100,000.00
JOHN W. NAILS, sum of punitive damages $1,000,000.00

WALTER T. REDAVID, Failure to exercise his authority in this case and when he told me to wait for a period of three years was really outrageous because his failure to protect the child first and allowing the corruption to continue, failure to act, SMITH V. ROSS, 482 F.2d 33, 36, (6th Cir 1978) Accord, ESTELLE V. GAMBLE, 429 U.S. 97, 106, 97 S.Ct. 1976, ALEXANDER V. REREILLE 916 F.2d 1392, 1395 (9th Cir. 1990) But the second Judge in this suit, EDWARD J. ZETUSKY, did the same thing, the problem with his petition shows my name on the Birth Certificate, meaning my mother is supposed to get custody by law, but Mr. Hayers and Firence Wright, Corruption in this case by forging the Birth Certificate and getting full custody of my son plus all the 5 cases is a violation of 5, 6, 14th Amendments and Title C.S.A. 23-2511 law, the right to be heard, plus, Mr. Hayer could get a Hearing in Delaware or Philadelphia, by law it is only because of this action of Florence Wright this Judicial abuse kept taking place.

Now D.N.A. Test illegally taken by Ms. Emma Hayer and the Clerk (John Doe) in the State of Delaware, LICHTENSTEIN V. LICHTENSTEIN C.A. P.A. 425, F.2d 1111, 1113, HOGA V. CLERK, 5th District 113, 111, App 3d 1050, 1069, 111. Dec. 746, 448, W.E. 2d 196, 201. I cannot have a fair defense against all of the criminal acts that have taken place in this case; Procedural Due Process MATHER V. ELDRIDGE, 424 U.S. 319, 332, 96, S.Ct. 893, 901, 47 L.2d 18 (1976) neither parent was contacted during this Hearing, both were in the Delaware Prison System, We did not find out until June 25, 2002 that she went and done

and Norman Hayer was in prison in New Jersey doing 25 to life. The Clerk (John Doe) has this type of access without a Judge is Criminal Statute of Limitations for a D.N.A. Testing is two years plus a Month before Judge Tumas stated that.

Clerk (John Doe)
Emma Hayer
State of Delaware, Failure to act, investigate and to prosecute Emma Hayer and the Clerk (John Doe) PA. claiming they had jurisdiction since 1999.

This will be placed on the Injunction Order directed at both State for the sum of $10,000,000.00, for allowing this to continue by failure to act on the multiple felony's. D.N.A. Testing also, legal fraud COFFEY V. WININGER, 156 Ind App., 233, 296 N.E.2d, 154, 160 Norman Hayer never took a D.N.A. Test, forged by the Clerk and her sister in law or her brother works there in Ohio, how do I know this is the second time this was done.

DATE: 10/21/04                    Respectfully submitted

NOTARY:                            SAMUEL T. POOLE BN-5599
                                   P.O. BOX 1000
                                   HOUTZDALE, PA 16698-1000

Notary Seal
Marcia A. DeLattre, Notary Public
Woodward Twp., Clearfield County
My Commission Expires June 6, 2005

cc:file

Acknowledged before me by

_____ this
21st day of October , 2004.


Notary Public

# AFFIDAVIT

Commonwealth of Pennsylvania     )
                                       )    SS:

County of _Huntingdon_            )

Before me, the undersigned notary public, this day, personally appeared

_Samuel Poole_ to me known, who being duly sworn

according to law, deposes the following information on the attached form:

_22 pages Samuel T. Poole v Att Gen Jane Brady State Police_

_and Family Court House, John Doe.   Civil Action No. 05-233_

Subscribed and sworn to before me this _23rd_ day of

_January_, 20 _06_, by _Samuel Poole_ .

(Affiant's name)

_Constance Green_

Notary Public

NOTARIAL SEAL
CONSTANCE J. GREEN, NOTARY PUBLIC
SMITHFIELD TWP., HUNTINGDON COUNTY
MY COMMISSION EXPIRES AUG. 22, 2009

SAMUEL T. POOLE                          CIVIL ACTION NO.05-233

          v.

ATT.GEN.JANE BRADY STATE POLICE
AND FAMILY COURT HOUSE ,JOHN DOE              JOSEPH J.FARNAN


          —              AFFidavit

   F.R.Cri.P  title 18 .1964 (A) (C)  and title 18. 1968 (G) (H) (J)  for and

civil and criminal  investagation  into kidnapping  of my son by the state of

DELAWARE and the state of PENNSYLVANIA famile cous: s

I prey that the court will honor this injuncion to protect my son were theys to

and more are hope there will not be and proper investagaion of the crime that

have been commited in them gain custudy of my son throw criminal means .


                                        THANK YOU

                                      for hearing my case

                                      SAMUEL T. POOLE

                                      1-23-06