

05-233 (JJF)

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PENNSYLVANIA 17001-0598
(717) 975-4859
*OFFICE OF PROFESSIONAL RESPONSIBILITY*
*(717) 731-7777*

June 15, 2004

Samuel Poole, BN-5599
State Correctional Institution Houtzdale

Dear Mr. Poole:

The Pennsylvania State Police recently referred your correspondence dated March 24, 2004 to this office.

Please address your concerns with the Pennsylvania State Police through the institutional Security Office. A copy of your correspondence will be forwarded to Superintendent Patrick for his review.

Sincerely,

Anthony W. Russ
Major
Office of Professional Responsibility

AWR/yb

cc:    Superintendent Patrick (w/enclosure) Doc SCI Houtzdale

run around in circle to Delaware State Police refuse to file the charger



**STATE ETHICS COMMISSION**
309 FINANCE BUILDING
P.O. BOX 11470
HARRISBURG, PA 17108-1470
(717) 783-1610
1-800-932-0936

October 1, 2003

Samuel Poole
No. BN-5599
P.O. Box 1000
Houtzdale, PA 16698-1000

Re:   Complaint No. 240, F. Wright;  No. 241, R. Wright;  No. 242, Redand;
No. 243, Zutsky, No. 244, Dozor;  No. 245, Phila. Human Services;
No. 246, Phila. Family Court;  No. 247, Delaware County Bar Association

Dear Mr. Poole:

The Investigative Division of the State Ethics Commission has received the information you submitted alleging that the above individuals violated provisions of the Public Official and Employee Ethics Law.

The Commission has no jurisdiction in this matter. Therefore, pursuant to the State Ethics Law and Commission Regulations, no investigation will be commenced.

Very truly yours,

John J. Contino
Executive Director

JJC/cek

*Brivery, to the clerk of Court in Delaware*

*Phila Human Service Cover it up did nothing*

FAX: (717) 787-0806 ● Web Site: www.ethics.state.pa.us ● e-mail: ethics@state.pa.us

To: U.S. Attorny

I need both of the Rotory Ramer only a Judge can get this from Vital Statistics in Rew Castle PA. I only have gotten the front of it showing it was Sorge She said if I get the name she will help me. I send you a copy of it
I hopeing you have a better way to gain this access so I can have a investagation started I already filled out the form it was sent back for this reason only if you can not help me.
How can I get this from (Vital Statistics) by going throu a Judge to order that the name to be turn over for a investagation into this case.

Thank you

Samuel T. Poole

You will be getting two letters from me showing you my legal arguments and also copy of the complaint form you send it to me or to Ms. Patty Ridly.



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

U.S. Post Office & Courthouse
700 Grant Street
Suite 400
Pittsburgh, Pennsylvania 15219

412/644-3500

April 15, 2004

Samuel T. Poole
Number BN5190
P.O. Box 1000
Houtzdale, PA 16698-1000

Dear Mr. Poole:

Your correspondence to the United States Attorney has been referred to me for review.

Please be advised that this office employs no investigators. It is the function of this office to prosecute federal crimes which are investigated by federal law enforcement agencies; and to represent federal agencies in civil matters where the United States is a party.

After a review of your correspondence, it has been determined that your concerns should be brought to the attention of the Pennsylvania Attorney General's Office and the Pennsylvania Department of State. The address is as follows:

Pennsylvania Attorney General's Office
16th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-3391

I have enclosed information to assist you with the notary public complaint process

*[handwritten:] Federal Bureau of Investigation*
*3311 E. Carson St*
*Pittsburgh PA.*
*15203*

*[handwritten:] Complaint Off.*
*Dept of State*
*PO Box 2649*
*Harrisburg PA*
*17105-2649*