# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

February 7, 2006

Samuel T. Poole
#BN-5599
PA Department of Corrections
1100 Pike Street
Huntingdon, PA 16654-1112

        RE:    Samuel T. Poole v. Attorney General Jane Brady
                 C.A. No. 05-233-JJF

Dear Mr. Poole:

      The Court is in receipt of your Motion For A TRO And Preliminary Injunction (D.I. 14). The above-captioned case is closed, therefore, no action will be taken.

Sincerely,

*[signature]*

JOSEPH J. FARNAN, JR.

JJFjr:afb

cc:        Clerk, United States District Court