IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SAMUEL T. POOLE,              :
                              :
        Plaintiff,            :
                              :
    v.                        :   Civil Action No. 05-233-JJF
                              :
ATTORNEY GENERAL JANE BRADY,  :
                              :
        Defendant.            :

### ORDER

WHEREAS, Plaintiff has filed a Motion For A TRO And Preliminary Injunction (D.I. 14);

WHEREAS, the above-captioned case has been closed;

NOW THEREFORE, IT IS ORDERED that Plaintiff's Motion For A TRO And Preliminary Injunction (D.I. 14) is **DENIED** as moot.


February 7, 2006                    _____
     DATE                           UNITED STATES DISTRICT JUDGE