CLOSED, PaperDocuments

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:05-cv-00233-JJF
# Internal Use Only

Poole v. Brady et al  
Assigned to: Honorable Joseph J. Farnan, Jr.  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/21/2005  
Jury Demand: Plaintiff  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Samuel T. Poole**    represented by    **Samuel T. Poole**
#BN-5599
PA Dept of Corrections
1100 Pike Street
Huntingdon, PA 16654-1112
PRO SE

V.

**Defendant**

**Att. Gen. Jane Brady**

**Defendant**

**State Police**
*(Dover Del.)*

**Defendant**

**Family Court**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Samuel T. Poole. (mwm, ) Corrected attachment(s) (2nd page was missing from original scan) added on 5/9/2005 (rbe, ). Modified on 5/9/2005 (rbe, ). (Entered: 04/22/2005) |
| 04/21/2005 | 2 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against State Police, Family Court, Jane Brady - filed by Samuel T. Poole.(mwm, ) (Entered: 04/22/2005) |
| 04/21/2005 | 3 | Letter to Clerk from Samuel T. Poole regarding Request for 285 and Motion for Counsel. (mwm, ) (Entered: 04/22/2005) |
| 04/27/2005 |  | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of |

| | | |
|---|---|---|
| | | the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 04/27/2005) |
| 05/10/2005 | 4 | ORDER granting Motion to Proceed IFP. Filing Fee of $250. Assessed. An initial partial filing fee of $11.18 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 6/9/2005. Signed by Judge Joseph J. Farnan, Jr. on 05/10/05. (Attachments: # 1 authorization form)(afb, ) (Entered: 05/10/2005) |
| 05/16/2005 | 5 | MOTION to Appoint Counsel - filed by Samuel T. Poole. (afb, ) (Entered: 05/19/2005) |
| 05/25/2005 | 6 | Authorization by Samuel T. Poole requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (afb, ) (Entered: 05/26/2005) |
| 05/25/2005 | 7 | Letter to The Clerk of the Court from Samuel T. Poole. (afb, ) (Entered: 05/26/2005) |
| 06/02/2005 | | Initial Partial Filing Fee Received from Samuel T. Poole: $ 12.00, receipt number 139484 (rbe, ) (Entered: 06/02/2005) |
| 06/02/2005 | 8 | MEMORANDUM in Support of the 2 Complaint filed by Samuel T. Poole. (afb, ) (Entered: 06/06/2005) |
| 06/17/2005 | 9 | Letter to The Clerk of the Court from Samuel T. Poole regarding incorrect filings in 00-cv-531(SLR). (Attachments: # 1 attachment)(afb, ) (Entered: 06/21/2005) |
| 12/02/2005 | 10 | MEMORANDUM OPINION. Signed by Judge Joseph J. Farnan, Jr. on 12/02/05. (dlk ) (Entered: 12/02/2005) |
| 12/02/2005 | 11 | ORDER DISMISSING Plaintif's Complaint pursuant to 28 U.S.C. 1915 and for failure to state a claim (copy to pltf.) (CASE CLOSED). Signed by Judge Joseph J. Farnan, Jr. on 12/02/05. (dlk ) (Entered: 12/02/2005) |
| 12/28/2005 | 12 | Letter to Clerk, U.S. District Court from Samuel T. Poole regarding - In re: Immune Const. Violation. (rbe, ) (Entered: 12/29/2005) |
| 01/17/2006 | 13 | Letter to The Clerk of the Court from Samuel Poole regarding new address: 1100 Pike Street, Huntingdon, PA 16654-1112. (afb, ) (Entered: 01/18/2006) |
| 01/18/2006 | | Remark: Address updated per letter filed 1/17/06, to: PA Dept of Corrections, 1100 Pike Street, Huntingdon, PA 16654-1112. (rbe, ) (Entered: 01/18/2006) |
| 02/03/2006 | 14 | MOTION for Temporary Restraining Order and for Preliminary Injunction - filed by Samuel T. Poole. (Attachments: # 1 Exhibit A)(afb, ) (Entered: 02/06/2006) |
| 02/03/2006 | 15 | SEALED EXHIBIT to Motion For A TRO and Preliminary Injunction |

| | | |
|---|---|---|
| | | D.I. 14 by Samuel T. Poole. (afb, ) (Entered: 02/06/2006) |
| 02/07/2006 | 16 | Letter to Samuel T. Poole from the Court that the Court will take no action on his Motion For A TRO And Preliminary Injunction D.I. 14 due to the case is closed. (afb, ) (Entered: 02/09/2006) |
| 02/07/2006 | 17 | ORDER that Pltf.'s 14 Motion for TRO and Preliminary Injunction is DENIED as moot. Signed by Judge Joseph J. Farnan, Jr. on 02/07/06. (afb, ) (Entered: 02/09/2006) |
| 02/13/2006 | | ***Set Paper Documents Flag (rbe, ) (Entered: 02/13/2006) |